IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| United States of America | ) | Cr. No. 8:07-13-HMH |
|---|---|---|
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Dwayne Altwan Langford, | ) | |
| Defendant. | ) | |

This matter is before the court for consideration of whether the Defendant is entitled to a reduction in his sentence pursuant to Amendment 706 to the United States Sentencing Guidelines ("U.S.S.G."), effective November 1, 2007, and deemed retroactive March 3, 2008. U.S.S.G. App. C Amend. 706 (Nov. 1, 2007).

The court has reviewed the record in this case including the Defendant's Presentence Investigation Report. Based on this review, the court has determined that the Defendant is not eligible for a reduction in his sentence pursuant to 18 U.S.C. § 3582(a) because he is a career offender. Therefore, the Defendant's pro se motion for a reduction in his sentence based upon Amendment 706 is denied.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
July 27, 2009

**NOTICE OF RIGHT TO APPEAL**

Movant is hereby notified that he has the right to appeal this order within ten (10) days from the date hereof, pursuant to Rule 4 of the Federal Rules of Appellate Procedure.